**United States District Court**
For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8    MENLO LOGISTICS, INC.,                    Case No. C04-04684 JCS

9              Plaintiff(s),                   **ORDER GRANTING DEFENDANT'S
                                               MOTION TO FILE ADDITIONAL
10       v.                                    DECLARATION IN OPPOSITION TO
                                               MOTION FOR SUMMARY JUDGMENT
11   WESTERN EXPRESS, INC.,                    [Docket No. 57]**

12             Defendant(s).
     _____/

13

14         IT IS HEREBY ORDERED THAT Defendant's Motion to File Additional Declaration in

15   Opposition to Motion for Summary Judgment (the "Motion") is GRANTED on the condition that Plaintiff

16   file by **September 2, 2005,** a waiver of their objection to the Motion.

17         IT IS HEREBY FURTHER ORDERED that the hearing on Plaintiff's Motion for Summary

18   Judgment, and a further case management conference is set for **September 16, 2005, at 1:30 p.m.**

19         IT IS SO ORDERED.

20

21   Dated:  September 2, 2005

22                                             JOSEPH C. SPERO
                                               United States Magistrate Judge

23

24

25

26

27

28

order grant mot file addtl decs.wpd