E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Menlo Logistics, Inc.,

    Plaintiff,

v.

Western Express, Inc.,

    Defendant.

No. C04-4684 JCS

**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

Following the Case Management Conference held on September 16, 2005, IT IS HEREBY ORDERED THAT this matter is referred to a magistrate judge to be assigned by the Chief Judge for a settlement conference. It is requested that the settlement conference be conducted by October 31, 2005, if possible.

Dated: 9/16/05

JOSEPH C. SPERO
United States Magistrate Judge