1   FOLGER LEVIN & KAHN LLP
    Douglas W. Sullivan (SB# 088136)
2   Amy L. Kashiwabara (SB# 210562)
    Embarcadero Center West
3   275 Battery Street, 23rd Floor
    San Francisco, CA 94111
4   Telephone: (415) 986-2800
    Facsimile: (415) 986-2827
5   akashiwabara@flk.com

6   Attorneys for Plaintiff Menlo Logistics, Inc.

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  MENLO LOGISTICS, INC., a Delaware          Case No. 04-04684 JCS
    corporation,
14                                             **ORDER PERMITTING AUDIO-VISUAL
                                               EQUIPMENT INTO COURTROOM A**
                  Plaintiff,
15                                             Trial Date:     November 14, 2005
16       v.
                                               PreTrial Conf:  November 4, 2005
17  WESTERN EXPRESS, INC., a Tennessee         Time:           10:00 a.m.
    corporation,                               Place:          Courtroom A, 15th Floor
18                                             Hon. Joseph C. Spero
                  Defendant.
19

20       IS HEREBY ORDERED that the parties to this action may bring the following audio-

21  visual equipment into Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue,

22  San Francisco, California in preparation for trial on November 14, 2005:

23       1.    Digital ELMO visual presenter, and equipment required therefore.

24  IT IS SO ORDERED.

25

26  Dated: November 4, 2005

27                                             _____
                                               Hon. Joseph C. Spero
28  65021\2008\465935.1

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW                                ORDER; CASE NO. 04-CV-04684 JCS