UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MENLO LOGISTICS, INC.,

        Plaintiff(s),

  v.

WESTERN EXPRESS, INC.,

        Defendant(s).
_____/

Case No. C-04-4684 JCS

**ORDER RE JUROR MEALS**

      IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning **November 15, 2005, at 8:00 a.m.**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

      IT IS SO ORDERED.

Dated: November 7, 2005

                                    JOSEPH C. SPERO
                                    United States Magistrate Judge

order re juror meals.wpd