| | |
|---|---|
| 1 | FOLGER LEVIN & KAHN LLP |
| 2 | Douglas W. Sullivan (SB# 088136)<br>Amy L. Kashiwabara (SB# 210562) |
| 3 | Embarcadero Center West<br>275 Battery Street, 23rd Floor |
| 4 | San Francisco, CA 94111<br>Telephone: (415) 986-2800 |
| 5 | Facsimile: (415) 986-2827<br>akashiwabara@flk.com |
| 6 | Attorneys for Plaintiff Menlo Logistics, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MENLO LOGISTICS, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>WESTERN EXPRESS, INC., a Tennessee corporation<br><br>  Defendant. | Case No. 04-04684 JCS<br><br>**STIPULATION AND [~~PROPOSED~~ ORDER] FOR FILING OF SECOND AMENDED COMPLAINT**<br><br>Trial Date: November 14, 2005<br>Time: 8:30 a.m.<br>Place: Courtroom A, 15th Floor<br>Hon. Joseph C. Spero |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff Menlo Logistics, Inc. may file a Second Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that Defendant Western Express, Inc. may file an Answer to the Plaintiff's Second Amended Complaint, a copy of which is attached hereto.

This stipulation is without waiver Plaintiff's objection as raised in its Motion in Limine No. 1 (previously overruled by the Court) that Defendant should not be allowed to argue the defense of "impossibility" because Defendant did not raise the affirmative defense in its January 12, 2005 Answer and Counterclaim or its June 29, 2005 Answer to Amended Complaint.

Dated: November 11, 2005     FOLGER LEVIN & KAHN LLP

_____/s/_____
Amy L. Kashiwabara
Attorneys for Plaintiff
Menlo Logistics, Inc.

Dated: November 11, 2005     LEWIS BRISBOIS BISGAARD & SMITH LLP

_____/s/_____
John P. Walovich
Attorneys for Defendant
Western Express, Inc.

IT IS SO ORDERED:

Dated: November 14, 2005

_____
Hon. Joseph C. Spero

65021\2008\467542.1