ISHAM B. BRADLEY, *pro hac vice*, #5075
109 Westpark Dr., Suite 310
Brentwood, Tennessee 37027
Telephone: (615) 661-5472; Facsimile (615) 661-5473

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN P. WALOVICH, SB# 88271, walovich@lbbslaw.com
ALISON YEW, SB# 173158, yew@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580; Facsimile: (415) 434-0882

Attorneys for WESTERN EXPRESS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MENLO LOGISTICS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN EXPRESS, INC., a Tennessee Corporation,<br><br>Defendant.<br><hr>WESTERN EXPRESS, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>MENLO LOGISTICS, INC.<br><br>Counter-Defendant. | CASE NO. C 04-04684 JCS ARB<br><br>**WESTERN EXPRESS' NOTICE OF POSTING SUPERSEDEAS BOND AND REQUEST FOR ORDER STAYING EXECUTION OF AMENDED JUDGMENT ENTERED ON FEBRUARY 27, 2006; [PROPOSED] ORDER STAYING EXECUTION OF AMENDED JUDGMENT ON FEBRUARY 27, 2006**<br><br>Hon. Joseph C. Spero |

To: PLAINTIFF AND COUNTER DEFENDANT MENLO LOGISTICS, INC. and its Counsel of Record:

PLEASE TAKE NOTICE THAT Western Express, Inc., a Tennessee Corporation,

4840-5891-3536.1

**WESTERN EXPRESS' NOTICE OF POSTING SUPERSEDEAS BOND AND REQUEST FOR ORDER STAYING EXECUTION OF AMENDED JUDGMENT ENTERED ON 2/27/06; [PROPOSED] ORDER**

Defendant and Counter-Claimant in the above captioned case, has posted a Supersedeas Bond on Appeal, Bond No. 27-93-10, issued by American Home Assurance Company, for the benefit of Menlo Logistics, Inc., obligee, on behalf of Western Express, Inc., principal, pursuant to Federal Rules of Appellate Procedure, rule 7, and Federal Rules of Civil Procedure, rule 62(d), in the amount of the judgment of $533,465.04, plus 50% over the amount of the judgment, for a total bond amount of $800,197.56. Attached is a copy of the Bond on Appeal, Bond No. 27-93-10.

Pursuant to Federal Rules of Appellate Procedure, rule 7, and Federal Rules of Civil Procedure, rule 62(d), Western Express, Inc. seeks approval from this court of the bond, and an order to stay execution of the judgment entered in this case on February 27, 2006, pending Western Express, Inc.'s appeal of the judgment to the Ninth Circuit Court of Apppeal

DATED: March 15 2006

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
John P. Walovich
Alison Yew
Attorneys for WESTERN EXPRESS, INC.

### ORDER

This court has considered the attached bond posted by Western Express, Inc. as security for the benefit of Menlo Logistics, Inc., pending its appeal of the judgment in this case entered on February 27, 2006, and good cause appearing, pursuant to Federal Rules of Civil Procedure, rule 62 (d), this court hereby approves the sufficiency of the bond. The execution of judgment in this case, entered on February 27, 2006, is hereby stayed until Western Express, Inc.'s appeal is final.

Dated: March 16 2006

_____
U.S. MAGISTRATE
JUDGE JOSEPH C. SPERO

4840-5891-3536.1                                    -2-
WESTERN EXPRESS' NOTICE OF POSTING SUPERSEDEAS BOND AND REQUEST FOR ORDER
STAYING EXECUTION OF AMENDED JUDGMENT ENTERED ON 2/27/06; [PROPOSED] ORDER

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| MENLO LOGISTICS, INC.<br>    Plaintiff,<br>v.<br>WESTERN EXPRESS, INC.<br>    Defendant.<br><br>And related counter-claim | Case No. CASE NO. C 04-04684 JCS<br><br>**BOND ON APPEAL**<br><br>BOND NO. 27-93-10 |
|---|---|

**KNOW ALL PERSONS BY THESE PRESENTS:**

That we, American Home Assurance Company, a corporation organized under the laws New York, and authorized as surety in the State of California, are held and firmly bound unto Menlo Logistics, Inc., as Obligee, in the sum of Eight Hundred Thousand One Hundred Ninety Seven and 56 cents ($800,197.56), on behalf of the Principal, Western Express, Inc., a Tennessee corporation, for the payment of which sum, well and truly be made, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally, firmly by these presents in accordance with the Federal Rules of Procedure, California Code of Civil Procedure, and such Order as may be entered by the United States District Court in the captioned matter.

WHEREAS, a Judgment dated February 27, 2006, was entered in favor of Plaintiff against Defendant in the United States District Court for the Northern District of California in the amount of 533,465.04,

AND WHEREAS, Defendant, feeling aggrieved thereby, intends to appeal therefrom,

AND WHEREAS, pursuant to Fed.R.Civ.P., Rules 71 and 62 (d) and (f), and such other state and federal statutes, regulations and laws as may apply, and in consideration of such appeal, the Surety obligates itself hereunder to Plaintiff, in the sum of $800,197.56,

NOW THEREFORE, the condition of this obligation is such, that if the judgment or any part thereof be affirmed, and the Principal pays, or causes to be paid, the amount of the judgment, or such part thereof which may be affirmed, plus interest and fees which maybe awarded thereupon, then this obligation shall be void; otherwise to remain in full force in effect.

This bond is executed for American Home Assurance Company by Rachael Richardson on this 13th day of March, 2006, in Dallas [city], Texas [state], who declares under penalty of perjury under the laws of the State of California and of the United States of America, that she is a duly authorized Attorney-in-Fact of American Home Assurance Company acting under the attached unrevoked power of attorney.

Surety:  **American Home Assurance Company**

By: *(signature)*
  Rachel Richardson, Attorney-in-Fact

**Notary Acknowledgement:**

On this 13 th day of March, 2006, before me came Rachel Richardson, personally known to me to be an attorney-in-fact of American Home Assurance Company, who did execute the foregoing document in my presence at Dallas [county], Dallas [city], Texas [state].



*(signature)* Jessica Beard
Name of Notary Public

JESSICA BEARD
Notary Public
STATE OF TEXAS
My Comm. Exp. 03-18-2009

4839-6585-2160.1

| The Surety and Principal may be served with notices, papers, and other documents at the following addresses: ||
|---|---|
| Surety: American Home Assurance Company<br>Attn: William P. Kane, Jr.<br>Senior Executive, Southwest Region<br>8144 Walnut Hill Lane<br>Dallas, TX 75231 | Principal: Western Express, Inc.<br>c/o Lewis, Brisbois, Bisgaard & Smith, LLP<br>John P. Walovich, CA State Bar 88271<br>1 Sansome Street, Suite 1400<br>San Francisco, California 94104 |

4839-6585-2160.1

**American Home Assurance Company**
**National Union Fire Insurance Company of Pittsburgh, Pa.**
Principal Bond Office: 175 Water Street, New York, NY 10038

**POWER OF ATTORNEY**

No. <u>09-E-1038026</u>

**KNOW ALL MEN BY THESE PRESENTS:**

That American Home Assurance Company, a New York corporation, and National Union Fire Insurance Company of Pittsburgh, Pa., a Pennsylvania corporation, does each hereby appoint

--- Rachel Richardson of Dallas, Texas ---

its true and lawful Attorney(s)-in-Fact, with full authority to execute on its behalf bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, issued in the course of its business, and to bind the respective company thereby.

**IN WITNESS WHEREOF**, American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, Pa. have each executed these presents this 3rd day of June, 2005.




Vincent P. Forte, Vice President

STATE OF NEW YORK }
COUNTY OF NEW YORK } ss.

On this 3rd day of June, 2005 before me came the above named officer of American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, Pa., to me personally known to be the individual and officer described herein, and acknowledged that he executed the foregoing instrument and affixed the seals of said corporations thereto by authority of his office.

JULIANA E. HALLENBECK
NOTARY PUBLIC, STATE OF NEW YORK
No. 01HA6125671
QUALIFIED IN BRONX COUNTY
MY COMMISSION EXPIRES APRIL 18, 2009

**CERTIFICATE**

Excerpts of Resolutions adopted by the Boards of Directors of American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, Pa. on May 18, 1976:

"RESOLVED, that the Chairman of the Board, the President, or any Vice President be, and hereby is, authorized to appoint Attorneys-in-Fact to represent and act for and on behalf of the Company to execute bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, and to attach thereto the corporate seal of the Company, in the transaction of its surety business;

"RESOLVED, that the signatures and attestations of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company when so affixed with respect to any bond, undertaking, recognizance or other contract of indemnity or writing obligatory in the nature thereof;

"RESOLVED, that any such Attorney-in-Fact delivering a secretarial certification that the foregoing resolutions still be in effect may insert in such certification the date thereof, said date to be not later than the date of delivery thereof by such Attorney-in-Fact."

I, Elizabeth M. Tuck, Secretary of American Home Assurance Company and of National Union Fire Insurance Company of Pittsburgh, Pa. do hereby certify that the foregoing excerpts of Resolutions adopted by the Boards of Directors of these corporations, and the Powers of Attorney issued pursuant thereto, are true and correct, and that both the Resolutions and the Powers of Attorney are in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the facsimile seal of each corporation this <u>13th</u> day of <u>March</u>, 20<u>06</u>

Elizabeth M. Tuck, Secretary




65166 (4/96)

## PROOF OF SERVICE
*Menlo Logistics, Inc. v. Western Express, Inc.*
United States District Court, Northern District of California

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On March 15, 2006, I served the following document described as **WESTERN EXPRESS' NOTICE OF POSTING SUPERSEDEAS BOND AND REQUEST FOR ORDER STAYING EXECUTION OF AMENDED JUDGMENT ENTER ON FEBRUARY 27, 2006; [PROPOSED] ORDER STAYING EXECUTION OF AMENDED JUDGMENT ON FEBRUARY 27, 2006** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| Amy Kashiwabara<br>FOLGER LEVIN & KAHN LLP<br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111 | Attorneys for plaintiff MENLO LOGISTICS, INC.<br><br>Telephone: (415) 986-2800<br>Facsimile: (415) 986-2827 |
|---|---|

[ ] (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[ ] (BY MAIL, 1013a, 2015.5 C.C.P.)

    [ ] I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

    [ ] I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY OVERNIGHT DELIVERY/COURIER)

    [ ] I delivered such envelope to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees provided for.

    [ ] I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

[x] (BY MESSENGER) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a messenger for personal service. (A proof of service executed by the messenger will be filed in compliance with the *Code of Civil Procedure*.

4828-1547-9040.2

1    [X]    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2

3    [ ]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

4    Executed on March 15, 2006, at San Francisco, California.

*[signature]*

Michael A. LaBrie

4828-1547-9040.2