ISHAM B. BRADLEY, *pro hac vice*, #5075
109 Westpark Dr., Suite 310
Brentwood, Tennessee 37027
Telephone: (615) 661-5472; Facsimile (615) 661-5473

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN P. WALOVICH, SB# 88271, walovich@lbbslaw.com
ALISON YEW, SB# 173158, yew@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580; Facsimile: (415) 434-0882

Attorneys for WESTERN EXPRESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MENLO LOGISTICS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN EXPRESS, INC., a Tennessee Corporation,<br><br>Defendant. | CASE NO. C 04-04684 JCS ARB<br><br>STIPULATION TO SUBSTITUTE SUPERSEDEAS BOND ON APPPEAL; ~~[PROPOSED]~~ ORDER<br><br>Hon. Joseph C. Spero |
| RELATED CROSS-COMPLAINT | |

Whereas, Western Express, Inc., a Tennessee Corporation, Defendant and Counter-Claimant in the above captioned case, had posted a Supersedeas Bond on Appeal, Bond No. 27-93-10, issued by American Home Assurance Company, for the benefit of Menlo Logistics, Inc., obligee, on behalf of Western Express, Inc., principal, on March 13, 2006, pursuant to Federal Rules of Appellate Procedure, rule 7, and Federal Rules of Civil Procedure, rule 62(d), in the amount of the judgment of $533,465.04, plus 50% over the amount of the judgment, for a total bond amount of $800,197.56 ("American Home Assurance Bond");

Whereas, Western Express seeks to replace the American Home Assurance Bond with a



LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

new bond with the same terms, issued by Travelers Casualty and Surety Company America, Bond No. 104803154 ("Travelers Casualty Bond"), copy of bond attached;

Whereas, Menlo Logistics does not oppose the replacement of the American Home Assurance Bond with the Travelers Casualty Bond;

Western Express hereby seeks from this court an order granting said replacement of bond pursuant to the parties' herein stipulation, approving the Travelers Casualty Bond to be sufficient, releasing American Home Assurance from its obligations under the American Home Assurance Bond, Bond No. 27-93-10, and continuing the stay of execution of judgment in this case, entered on February 27, 2006, until Western Express' appeal is final.

IT IS SO STIPULATED.

DATED: November 9, 2006 LEWIS BRISBOIS BISGAARD & SMITH LLP

By ______________________
John P. Walovich
Attorneys for WESTERN EXPRESS, INC.

DATED: November 9, 2006 FOLGER LEVIN & KAHN LLP

By ______________________
Amy L. Kashiwabara
Attorneys for MENLO LOGISTICS INC.

**ORDER**

This court hereby grants the following:

The American Home Assurance Bond, Bond No. 27-93-10, is hereby replaced by the Travelers Casualty Bond, Bond No. 104803154, the Travelers Casualty Bond, Bond No. 104803154, is approved to be sufficient, American Home Assurance is released from its obligations under the American Home Assurance Bond, Bond Number 27-93-10, and that the

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

execution of judgment in this case, entered on February 27, 2006, remains stayed, as per this court's March 16, 2006, order, until Western Express' appeal is final.

Dated: November 13, 2006




LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

**PROOF OF SERVICE**
***Menlo Logistics, Inc. v. Western Express, Inc.***
United States District Court, Northern District of California

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On November 9, 2006, I served the following document described as STIPULATION TO SUBSTITUTE SUPERSEDEAS BOND ON APPPEAL; **[PROPOSED]** ORDER all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Amy Kashiwabara<br>FOLGER LEVIN & KAHN LLP<br>Embarcadero Center West<br>275 Battery Street, 23rd Floor<br>San Francisco, CA 94111 | Attorneys for plaintiff MENLO LOGISTICS, INC.<br><br>Telephone: (415) 986-2800<br>Facsimile: (415) 986-2827 |

[X] (BY MAIL, 1013a, 2015.5 C.C.P.)

[ ] I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

[X ] I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 9, 2006, at San Francisco, California.



Michael A. LaBrie

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580