1   **WESTERN EXPRESS, INC.**
    ISHAM B. BRADLEY, *pro hac vice* #5075
2   7135 Centennial Place
    Nashville, Tennessee 37209; Telephone: (615) 259-9920; Facsimile: (615) 259-9150
3
    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
4   JOHN P. WALOVICH, SB# 88271, walovich@lbbslaw.com
    ALISON YEW, SB# 173158, yew@lbbslaw.com
5   One Sansome Street, Suite 1400
    San Francisco, California 94104
6   Telephone: (415) 362-2580; Facsimile: (415) 434-0882

7   Attorneys for Defendant
    WESTERN EXPRESS, INC.
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12
    MENLO LOGISTICS, INC., a Delaware          )   CASE NO. C04-4684 JCS ARB
13  corporation,                               )
                                               )   **STIPULATION TO DISCHARGE**
14          Plaintiff,                         )   **SUPERSEDEAS BOND ON APPEAL**
                                               )
15      v.                                     )   BOND NO.: 104803154
                                               )
16  WESTERN EXPRESS, INC., a Tennessee         )
    corporation,                               )
17                                             )
            Defendant.                         )
18  _____)

19          COMES NOW Western Express, Inc., as principal, and as defendant and appellant, and

20  moves this Honorable Court for entry of an Order discharging, releasing and exonerating

21  Supersedeas Bond on Appeal, Number 104803154 ("Bond") posted, at the request of the Principal,

22  in connection with Case Number C04-04864 JCS ARB by The Travelers Casualty and Surety

23  Company, as Surety, in the amount of $800,197.56 and as grounds would show:

24          1.      A Notice of Appeal was filed on March 28, 2006.

25          2.      The parties, Plaintiff Menlo Logistics, Inc. and Defendant Western Express, Inc.

26                  have reached a settlement of the case.

27          3.      The judgment has been satisfied in full. A copy of the Satisfaction of Judgment is

28                  attached.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1        Accordingly, the Bond obligations have been discharged, the Bond is no longer required

2 and the parties stipulate that the Bond should be released.

3       4.     Menlo Logistics, Inc., Plaintiff and Appellee, agrees and represents that it does not

4            have an objection and hereby consents and agrees to the entry of an Order by this

5            Court discharging the Bond and releasing Travelers Casualty and Surety Company

6            and its parents, affiliates and subsidiaries ("Travelers") from any and all liability.

7        WHEREFORE for the foregoing reasons, the parties through their undersigned counsel

8 pray this Honorable Court enter an Order fully and unconditionally discharging, releasing and

9 exonerating the Bond and releasing Travelers from any and all past, present and future liability

10 arising under or in connection with the issuance of the Bond.

11 DATED: April 16, 2008         LEWIS BRISBOIS BISGAARD & SMITH LLP

12

13                       By _____
                            John P. Walovich

14                             Attorneys for Defendant - Appellant
                            WESTERN EXPRESS, INC.

15 DATED: April 16, 2008         FOLGER LEVIN & KAHN LLP

16

17                       By _____
                            Daniel Sharp

18                             Attorneys for Plaintiff - Appellee
                            MENLO LOGISTICS, INC.

19        ORDERED AND ADJUDGED that the judgment has been fully satisfied, as evidenced by

20 the Satisfaction of Judgment filed, a copy of which is attached hereto, and therefore the Bond is no

21 longer required and is hereby fully and unconditionally discharged, released and exonerated and

22 Travelers Casualty and Surety Company is hereby released from any and all past, present and

23 future liability arising under or in connection with the issuance of the Bond.

24        IT IS FURTHER ORDERED AND ADJUDGED that the Clerk of the Court is hereby

25 directed to forthwith release the said Supersedeas Bond on Appeal recorded with this court to John

26 P. Walovich, Esq. for immediate return to Travelers.

27 Dated: April 17, 2008 _____

28                           Judge Joseph C. Spero

1   FOLGER LEVIN & KAHN LLP
    J. Daniel Sharp (SB# 131042)
2   Amy L. Kashiwabara (SB# 210562)
    Embarcadero Center West
3   275 Battery Street, 23rd Floor
    San Francisco, CA 94111
4   Telephone: (415) 986-2800
    Facsimile: (415) 986-2827
5   akashiwabara@flk.com

6   Attorneys for Plaintiff Menlo Logistics, Inc.

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  MENLO LOGISTICS, INC., a Delaware          Case No. 04-04684 JCS
    corporation,
13                                              **ACKNOWLEDGEMENT OF**
                    Plaintiff,                   **SATISFACTION OF JUDGMENT IN FULL**
14
            v.
15
    WESTERN EXPRESS, INC., a Tennessee
16  corporation,

17                  Defendant.

18

19          COMES NOW Plaintiff MENLO LOGISTICS, INC., by and through its attorneys of

20  record, and hereby acknowledges full satisfaction of the judgment previously entered herein in its

21  favor against defendant WESTERN EXPRESS, INC.

22
    Dated: April 7, 2008                        FOLGER LEVIN & KAHN LLP
23
                                                        /s/
24                                              J. Daniel Sharp
                                                Amy L. Kashiwabara
25                                              Attorneys for Plaintiff
                                                Menlo Logistics, Inc.
26

27  APPROVED AS TO FORM:

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW                                          ACKNOWLEDGEMENT OF SATISFACTION OF
                                                          JUDGMENT IN FULL; CASE NO. 04-0468

1    LEWIS BRISBOIS BISGAARD & SMITH LLP

2

3    <u>     /s/     </u>
John P. Walovich
Attorneys for Defendant

4    Western Express, Inc.

5

6    <u>     /s/     </u>
Isham B. Bradley

7    WESTERN EXPRESS, INC.
7135 Centennial Place

8    Nashville, TN 37209

9    65021\2008\595889.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28